**DISMISS and Opinion Filed February 24, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01093-CV**

**PAUL SLAUGHTER, Appellant**
**V.**
**BUTLER RENTALS, Appellee**

**On Appeal from the**
**County Court at Law No. 3**
**McLennan County, Texas**
**Trial Court Cause No. 20220565CV3**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 5, 2023. By postcard dated January 20, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221093F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAUL SLAUGHTER, Appellant

No. 05-22-01093-CV    V.

BUTLER RENTALS, Appellee

On Appeal from the County Court at Law No. 3, McLennan County, Texas Trial Court Cause No. 20220565CV3.
Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 24, 2023